

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 13, 2026

**MEMO ENDORSED:** The application is granted. The Court will conduct a conference in this case on **April 21, 2026, at 3:00 p.m.**

**BY ECF**
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
Thurgood Marshall United States
Courthouse 40 Foley Square
New York, New York 10007

SO ORDERED.

Paul G. Gardephe
United States District Judge
Dated:  April 14, 2026

Re:     *United States v. Lorne Johnson*, 26 Cr. 009 (PGG)

Dear Judge Gardephe:

The Government respectfully writes to request that the Court schedule a change of plea hearing for defendant Lorne Johnson.

Counsel for Mr. Johnson has advised that he is available April 20, 2026 through April 22, 2026, May 1, 2026, or May 4, 2026 through May 8, 2026 for a change of plea hearing. The parties can provide the Court with additional availability, if helpful.

Thank you very much for your attention to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:  Ariana L.  Bloom
Assistant United States Attorney
Tel: (212) 637-2578

cc:     All Counsel of Record (by ECF)

1