UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

LORNE JOHNSON,

Defendant.

**ORDER**

26 Cr. 09 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of Defendant Johnson will take place on **August 18, 2026, at 2:00 p.m.,** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  Any submissions on behalf of the Defendant are due on **August 4, 2026,** and the Government's sentencing submission is due on **August 11, 2026.**

In the event that the Government intends to seek an order of restitution or an order of forfeiture at sentencing, it will include proposed orders with its sentencing submission, along with an explanation of how the restitution and/or forfeiture amounts were calculated.

The Probation Office is directed to prepare a pre-sentence report for Defendant Johnson.

Dated: New York, New York
        April 21, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge