UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

LORNE JOHNSON,

Defendant.

**ORDER**

26 Cr. 09 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of Defendant Johnson, which is currently scheduled to take place on August 18, 2026, at 2:00 p.m., is adjourned to **August 21, 2026, at 2:00 p.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The Government is directed to submit a copy of the surveillance footage described in the Presentence Investigation Report ("PSR") to the Court by **August 14, 2026**. (See PSR (Dkt. No. 87) ¶¶ 10-13)

Dated: New York, New York
August 13, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge